```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 01617
   DOROTHY M HOLTON
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-1017


------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 01/15/2004 and was confirmed 03/08/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  36.41%.

     The case was paid in full 02/25/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------
FIRST INVESTORS FINANCIA  SECURED             7287.50       1281.39        7287.50
FIRST INVESTORS FINANCIA  UNSECURED OTH       4769.38          .00         1289.64
WELLS FARGO HOME MORTGAG  CURRENT MORTG         .00            .00            .00
WELLS FARGO HOME MORTGAG  MORTGAGE ARRE       7942.37          .00         7942.37
CITY OF CHICAGO PARKING   UNSECURED            170.00          .00           61.90
MORTGAGE ELECTRONIC REGI  UNSECURED          NOT FILED         .00            .00
AT & T BANKRUPCTY         UNSECURED            366.65          .00          133.51
SCHOTTEN                  UNSECURED          NOT FILED         .00            .00
ST JAMES HOSPITAL         UNSECURED            922.33          .00          335.85
ST FRANCIS HOSPITAL HEAL  UNSECURED          NOT FILED         .00            .00
ECAST SETTLEMENT CORP     UNSECURED              .00           .00            .00
DAVID M SIEGEL            DEBTOR ATTY        2,244.00                      2,244.00
TOM VAUGHN                TRUSTEE                                          1,323.84
DEBTOR REFUND             REFUND                                               1.00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                21,901.00

PRIORITY                                          .00
SECURED                                      15,229.87
    INTEREST                                  1,281.39
UNSECURED                                     1,820.90
ADMINISTRATIVE                                2,244.00
TRUSTEE COMPENSATION                          1,323.84
DEBTOR REFUND                                     1.00
                       --------------       --------------
TOTALS                 21,901.00             21,901.00


                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 01617 DOROTHY M HOLTON
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 09/11/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE